IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25CR115 |
| vs. | |
| CHRISTIAN PAOLO MEDRANO GARAY, | ORDER |
| Defendant. | |

The court, having granted Motion to Withdraw as Counsel (Filing No. 50), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Damilola J. Oluyole, 7930 Blondo Street, Suite 100, Omaha, NE 68134, (402) 880-9456, is appointed to represent Christian Paolo Medrano Garay for the balance of these proceedings pursuant to the Criminal Justice Act. The Federal Public Defender shall forthwith provide Damilola J. Oluyole any discovery materials provided to the defendant by the government and any such other materials obtained by the Federal Public Defender which are material to Christian Paolo Medrano Garay's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Damilola J. Oluyole.

DATED this 5th day of June, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge