IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:25CR115** |
| Plaintiff, | |
| v. | **PRELIMINARY ORDER OF FORFEITURE** |
| CHRISTIAN PAOLO MEDRANO GARAY, | |
| Defendant. | |

This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 117). The Court has carefully reviewed the record in this case and finds as follows:

1.      On April 7, 2026, defendant Christian Paolo Medrano Garay ("Garay") pleaded guilty to Count I of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation. Count I of the Indictment charged Garay with conspiracy to possess with intent to distribute more than 50 grams of methamphetamine (actual); in violation of 21 United States Code section 846.

2.      The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of $890 in United States currency seized from 1921 S. 18th Street, Omaha, Nebraska on March 11, 2025, as "any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense."

3.      Based on Garay's guilty plea and admission, Garay forfeits his interest in the $890 in United States currency pursuant to 21 U.S.C. § 853.

4.      The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 117) is granted.

2. Based upon the Forfeiture Allegation of the Indictment and the Garay's guilty plea and admission, the government is hereby authorized to seize the $890 in United States currency.

3. Garay's interest in the property is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The property is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property, in such manner as the Attorney General may direct, and notice that any person, other than Garay, having or claiming a legal interest in the property, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the property, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the property, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 20th day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge